## United States District Court for the Northern District of Illinois

Case Number: 08CV3564                    Assigned/Issued By: DAJ

Judge Name: DARRAH                       Designated Magistrate Judge: DENLOW

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00      [ ] $39.00       [ ] $5.00

[ ] IFP          [ ] No Fee       [ ] Other _____

[ ] $455.00

Number of Service Copies _____           Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                              Receipt #: 2876418

Date Payment Rec'd: 06/20/08                     Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                                      [ ] Alias Summons

[ ] Third Party Summons                          [ ] Lis Pendens

[ ] Non Wage Garnishment Summons                 [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

                                                 (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
        (Type of Writ)

1 Original and 0 copies on 06/20/08 as to DEF. _____
                           (Date)

---

C:\wpwin80\docket\feeinfo.frm    03/14/05