AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Daniel Bethel,
　　　　Plaintiff,

V.

Grabowski Law Center, LLC,
　　　　Defendant.

CASE NUMBER: **08 C 3564**

ASSIGNED JUDGE: **JUDGE DARRAH**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

Grabowski Law Center, LLC
2800 S. River Road, Suite 410
Des Plaines, IL 60018

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

June 20, 2008
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  6-30-8 |
| NAME OF SERVER *(PRINT)*  ROBERT W. BRINDAC JR | TITLE  PRIVATE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: GRABOWSKI LAW CENTER  2800 South River Road, Desplaines, IL.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: DAWN ScLIDEO

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-30-8
               Date

Signature of Server  *(signed)*

Brindac & Son
Private Investigations
6912 Main Street Suite #10
Downers Grove, IL 60516
Phone (630) 243-7393
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Daniel Bethel,<br><br>Plaintiff,<br><br>-Vs-<br>Grabowski Law Center, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case Number: 08 C 3564<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**BRINDAC & SON PRIVATE INVESTIGATIONS, AGENCY NUMBER: 117-001178**
**6912 Main Street, Suite 10, Downers Grove, IL. 60516**
**AFFIDAVIT OF SERVICE**

ROBERT W. BRINDAC, JR., a licensed private detective ( License Number 115-001193 ), being first duly sworn on oath, deposes and states that he made service upon **Grabowski Law Center, on June 30th, 2008, 10:55 a.m., at 2800 South River Road, Suite # 400, Des Plaines,**

Illinois as follows:

*Personal Service*:   a.____ By leaving a copy of the

*Adobe Sub-Service:* b.____By leaving a copy of the                                                  at the usual place of adobe of each individual with a person of the family of said individual, of the age of thirteen (13) years or upwards, informing that Person of the contents and by sending a copy in a sealed envelope with postage fully prepaid addressed to said individual at his place of adobe;

*Corporate Service*: c.__X__ **By leaving a copy of the Summons and complaint with Dawn Solideo, Post Judgment Employee**, with the registered agent, officer or agent of the defendant; and that *Solodeo is a female white approximately 36 years of age, 5'9 tall, 160 lbs., with dark brown hair.*

SUBSCRIBED and SWORN to
before me this __2nd__ day
of __July__ 20 _08_

_Frances R Brindac_
NOTARY PUBLIC

Robert W. Brindac Jr.

OFFICIAL SEAL
FRANCES R BRINDAC
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/05/09