**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DANIEL BETHEL, | ) | |
| | ) | 08-cv-3564 |
| Plaintiff, | ) | |
| | ) | Judge Darrah |
| vs. | ) | Magistrate Judge Denlow |
| | ) | |
| GRABOWSKI LAW CENTER LLC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Daniel Bethel hereby voluntarily dismisses the instant action with prejudice, each party to bear its own costs.

Respectfully submitted,

s/ Zachary A. Jacobs
Zachary A. Jacobs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Zachary A. Jacobs
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## **CERTIFICATE OF SERVICE**

      I, Zachary A. Jacobs, certify that on August 28, 2008, the foregoing NOTICE OF VOLUNTARY DISMISSAL was filed electronically. A copy of the foregoing was sent via U.S. Mail to the following party:

Craig R. Houser
Grabowski Law Center, LLC
2800 S. River Road, Suite 410
Des Plaines, IL 60018

                                         s/ Zachary A. Jacobs
                                           Zachary A. Jacobs